UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anne E. Thompson |
| v. | : | Crim. No. 11-635 (AET) |
| JOSE RAMIREZ<br>a/k/a "Small Fry,"<br>a/k/a "Small" | :<br><br>: | SCHEDULING AND CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Serina M. Vash, Assistant U.S. Attorney, appearing), and the defendant JOSE RAMIREZ (Susan C. Cassell, Esq., appearing) for a scheduling and continuance order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and three prior continuance orders having been entered, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1.    Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

    2.    The charges in this case are the result of an investigation involving several witnesses and discovery that defense counsel requires adequate time to review;

    3.    Additional charges are being contemplated and discussed and resolving all of the charges collectively would conserve judicial resources and be in the interests of justice and the defendant has an interest in assuring that no federal charges remain outstanding;

4. Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

5. Defendant has consented to the aforementioned continuance;

6. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 20th day of September 2013,

IT IS ORDERED that this action be continued from September 21, 2013 through and including until November 30, 2013; and it is further

ORDERED that the period from September 21, 2013 through and including until November 30, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a); and it is further

ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court.

HON. ANNE E. THOMPSON
United States District Judge

Form and entry
consented to:

Serina M. Vash
Assistant U.S. Attorney

Susan C. Cassell, Esq.
Counsel for Jose Ramirez

2